**People of the State of Illinois, Appellee, v. Richard Ford, Appellant.**

**Gen. No. 54,306.**

First District, Fourth Division.

August 5, 1970.

Gerald W. Getty, Public Defender of Cook County, of Chicago, for appellant; Edward V. Hanrahan, State's Attorney of Cook County, of Chicago, for appellee. Opinion by JUSTICE LEIGHTON. Not to be published in full.